IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN


GEORGE W. ADLER and
DEBRA ALDER, as TRUSTEES
of the ALDER EMPLOYEES
PENSION FUND,

    Plaintiffs,

v.

B.C. ZIEGLER AND COMPANY,

    Defendant,

and

BANK ONE TRUST COMPANY, N.A.,

    Defendant and Third-Party Plaintiff          No. 01-C-1119

V.

ALDER GROUP, INC.,

    Third-Party Defendant


## ORDER


**HERNDON, District Judge:**

    This Court, being fully advised in the premises, allows Plaintiffs up to and until Wednesday, September 14, 2005 to submit a response to Defendant B.C.

1

Ziegler and Company's Motion in Limine (Doc. 128).

**IT IS SO ORDERED.**

Signed this 29th day of August , 2005.

<u>/s/ David RHerndon</u>
**United States District Judge**
