IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

GEORGE W. ALDER and
DEBRA ALDER, as TRUSTEES
of the ALDER EMPLOYEES
PENSION FUND,

Plaintiffs,

v.

B.C().ZIEGLER AND COMPANY,

Defendant,

and

BANK ONE TRUST COMPANY, N.A.,

Defendant and Third-Party Plaintiff,  No. 01-C-1119

v.

ALDER GROUP, INC.,

Third-Party Defendant.

## JUDGMENT IN A CIVIL CASE

This action came to trial before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered on Count One and Count Two of Plaintiffs' Second Amended Complaint in favor of Defendant **BANK ONE TRUST COMPANY, N.A.** and against Plaintiffs **GEORGE W. ALDER** and **DEBRA ALDER,** as Trustees

of the Alder Employees Pension Fund. Because Bank One Trust Company, N.A. was not found liable the crossclaims filed between Ziegler and Bank One were not considered.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered on Count Two of Plaintiffs' Second Amended Complaint in favor of Plaintiffs **GEORGE W. ALDER** and **DEBRA ALDER,** as Trustees of the Alder Employees Pension Fund, and against Defendant **B.C. ZIEGLER AND COMPANY** in the sum of $69,823.83 plus prejudgment interest in the sum of $19,765.88 for a total of $89,589.71.

**IT IS FURTHER ORDERED AND ADJUDGED** that the third-party defendant's motion for judgment as a matter of law is **GRANTED** and the third-party action for indemnification is **DISMISSED** in its entirety on the merits and with costs. Judgment is entered in favor of Third-Party Defendant **ALDER GROUP, INC**. and against Third-Party Plaintiff **BANK ONE TRUST COMPANY, N.A.** Alder Group, Inc.'s motion for attorneys' fees is **DENIED.**

**SOFRON B. NEDILSKY, CLERK**

August 29, 2006

By: s/Patricia Brown
  Deputy Clerk

APPROVED:/s/ David R Herndon
  **U.S. DISTRICT JUDGE**