IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

GEORGE W. ADLER and
DEBRA ALDER, as TRUSTEES
of the ALDER EMPLOYEES
PENSION FUND,

Plaintiffs,

v.

B.C. ZIEGLER AND COMPANY,

and

BANK ONE TRUST COMPANY, N.A.,

Defendants.                                              No. 01-C-1119

## ORDER

**HERNDON, District Judge:**

Based upon the stipulation entered between the Plaintiffs and the Defendant Bank One Trust Company N.A. (Doc. 243), **IT IS HEREBY ORDERED** that Defendant Bank One Trust Company, N.A. shall have up to and including October 25, 2006 to serve and file its Reply to Plaintiff's Opposition to Bank One's Motion for Attorneys Fees.

**IT IS SO ORDERED**.

Signed this 16th day of October, 2006.

/s/      David   RHerndon
**United States District Judge**