IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

GEORGE W. ALDER and
DEBRA ALDER, as TRUSTEES
of the ALDER EMPLOYEES
PENSION FUND,

Plaintiffs,

v.

B.C.ZIEGLER AND COMPANY,

Defendant,

and

BANK ONE TRUST COMPANY, N.A.,

Defendant and Third-Party Plaintiff,　　　　　　　No. 01-C-1119

v.

ALDER GROUP, INC.,

Third-Party Defendant.

## JUDGMENT IN A CIVIL CASE

This action came before the Court on Plaintiffs' Motion for Attorney's Fees against B.C. Ziegler and Company.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED IN PART**

**AND DENIED IN PART**.  Plaintiffs are entitled to reduced fees in the amount of $216,109.86.

|  |  |
|---|---|
|  | **CLERK OF COURT** |
| January 5, 2007 | By:  s/Patricia Brown |
|  | Deputy Clerk |

APPROVED:/s/     David   RHerndon
           **U.S. DISTRICT JUDGE**